D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
CELESTIAL, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTIAL, INC, | ) CV11-08512 GHK (MRWx) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATION OF INTERESTED |
| DOES 1-~~32~~ 10, | ) PARTIES |
| Defendants. | ) |

The undersigned, counsel of record for Celestial, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Celestial, Inc. – party Plaintiff

Dated: 10/7/2011

Respectfully submitted,

D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorney for Plaintiff, Celestial, Inc.