D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
CELESTIAL, INC.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| CELESTIAL, INC, | ) |
| | ) **CASE NO.: C-11-8512 GHK (MRXx)** |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF PARTIAL VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| GARY CATALANO, KENNY DAUGHERTY, CYNTHIA MOLNAR, MARTHA SEVERINO, SHALE SMITH, and DAVID SOPP, | ) **FRCP 41(a)** |
| Defendants. | ) |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R.Civ. Pro. 41(a), Plaintiff voluntarily dismisses GARY CATALANO from the above-captioned action *with* prejudice.

Respectfully Submitted,

Dated: *March 9, 2012*     */s/ D. Gill Sperlein*
                            D. Gill Sperlein
                            The Law Office of D. Gill Sperlein
                            Attorney for Plaintiff

1