BERTRAND E. CHRISTIAN (SBN: 055348)
LAW OFFICES OF B.E. CHRISTIAN
3660 Grand View Avenue
Los Angeles, California 90066
Telephone:  310. 567.8408
*bert.christian1@gmail.com*

Attorney for Defendant
Cynthia Molnar

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CELESTIAL, INC.<br><br>       Plaintiff.<br><br>           vs.<br><br>GARY CATALANO, KENNY DAUGHERTY, CYNTHIA MOLNAR MARTHA SEVERINO, SHALE SMITH And DAVID SOPP<br><br>       Defendants. | ) CASE NO. C-11-8512 GHK (MRW)<br>)<br>)<br>) **ANSWER OF DEFENDANT CYNTHIA**<br>) **MOLNAR**<br>)<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

   Now comes Defendant Cynthia Molnar, by and through counsel, and files this Answer to the First Amended Complaint filed by Celestial, Inc. ("Celestial")  answering for herself alone as follows:

   1.   Defendant denies having any knowledge of, contact or association with, and/or further denies acting in concert, collectively or interdependently with any of the other named Defendants, all of whom are strangers to her.

   2.   Defendant denies each and every allegation of Paragraph 1 of the Complaint.

   3.   Defendant denies each and every allegation of Paragraph 2 with the exception that Defendant is without knowledge or information sufficient to admit or deny the allegations contained in the second, third, and fourth sentences of Paragraph 2.

4.  Defendant is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 3.

5.  Defendant denies each and every allegation of Paragraph 4 of the Complaint.

6.  Defendant denies each and every allegation of Paragraph 5 of the Complaint.

7.  Defendant denies each and every allegation of Paragraph 6 of the Complaint.

8.  Defendant denies each and every allegation of Paragraph 7 of the Complaint.

9.  Defendant denies each and every allegation of Paragraph 8 of the Complaint with the exception that Defendant admits this Court has subject matter jurisdiction for claims involving copyright infringement pursuant to 17 U.S. Code §§ 101, *et seq.* and 28 U.S. Code §§ 1331 and 1338(a).

10. Defendant denies each and every allegation of Paragraph 9 of the Complaint with the exception that Defendant admits Defendant resides within the jurisdiction of this Court.

11. Defendant denies each and every allegation of Paragraph 10 of the Complaint with the exception that Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 10.

12. Defendant denies each and every allegation of Paragraph 11 of the Complaint.

13. Defendant denies each and every allegation of Paragraph 12 of the Complaint with the exception that Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 12.

14. Defendant denies each and every allegation of Paragraph 13 of the Complaint.

15. Defendant denies each and every allegation of Paragraph 14 of the Complaint with the exception that Defendant admits Venue is proper pursuant to 28 U. S. Code §1400(a).

16. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 15.

17. Defendant denies each and every allegation of Paragraph 16.

18. Defendant denies each and every allegation of Paragraph 17.

19. Defendant denies each and every allegation of Paragraph 18.

20. Defendant denies each and every allegation of Paragraph 19.

21. Defendant denies each and every allegation of Paragraph 20.

22. Defendant denies each and every allegation of Paragraph 21.

23. Defendant denies each and every allegation of Paragraph 22.

24. Defendant denies each and every allegation of Paragraph 23.

25. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 24.

26. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 25.

27. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 26.

28. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 27.

29. Defendant denies each and every allegation of Paragraph 28 with the exception that Defendant is without knowledge or information sufficient to admit or deny any facts alleged in all previous paragraphs.

30. Defendant denies each and every allegation of Paragraph 29 of the Complaint with the exception that Defendant is without knowledge or information sufficient to admit or deny the facts alleged in the paragraph.

31. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 30 of the Complaint.

32. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 31 of the Complaint.

33. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 32 of the Complaint.

34. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 33 of the Complaint.

35. Defendant denies each and every allegation of Paragraph 34.

36. Defendant denies each and every allegation of Paragraph 35 with the exception that Defendant is without knowledge or information sufficient to admit or deny the facts alleged in all previous paragraphs.

37. Defendant denies each and every allegation of Paragraph 36 with the exception that Defendant is without knowledge or information sufficient to admit or deny the facts alleged in this paragraph.

38. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 37.

39. Defendant denies each and every allegation of Paragraph 38.

40. Defendant denies each and every allegation of Paragraph 39.

41. Defendant denies each and every allegation of Paragraphs 40 and 41 with the exception that Defendant is without knowledge or information sufficient to admit or deny the facts alleged in all previous paragraphs.

42. Defendant denies each and every allegation of Paragraph 42.

43. Defendant denies each and every allegation of Paragraph 43.

44. Defendant denies each and every allegation of Paragraph 44.

45. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 45.

46. Defendant is without knowledge or information sufficient to admit or deny the facts alleged in Paragraph 46.

47. Defendant denies each and every allegation of Paragraph 47.

48. Defendant denies each and every allegation of Paragraph 48.

49. Defendant denies each and every allegation of Paragraph 49.

50. Defendant denies each and every allegation of Paragraph 50.

51. Defendant denies each and every allegation of Paragraph 51.

52. Defendant denies each and every allegation of Paragraph 52.

53. Defendant denies each and every allegation of Paragraph 53.

54. Defendant denies each and every allegation of Paragraph 54.

55. Defendant denies each and every allegation of Paragraph 55 with the exception that Defendant is without knowledge or information sufficient to admit or deny the facts alleged in all previous paragraphs.

56. Defendant denies each and every allegation of Paragraph 56.

57. Defendant denies each and every allegation of Paragraph 57.

58. Defendant denies each and every allegation of Paragraph 58 with the exception that Defendant is without knowledge or information sufficient to admit or deny the facts alleged in this paragraph.

59. Defendant denies each and every allegation of Paragraph 59.

60. Defendant denies each and every allegation of Paragraph 60.

61. Defendant denies each and every allegation of Paragraph 61.

62. Defendant denies each and every allegation of Paragraph 62.

## JURY DEMAND

63. Pursuant to Rule 28 of the Federal Rules of Civil Procedure, Defendant demands a trial by jury of all issues properly triable by a jury in this action.

## AFFIRMATIVE DEFENSES

64. FIRST AFFIRMATIVE DEFENSE. The Complaint fails to state a claim for which relief can be granted.

65. SECOND AFFIRMATIVE DEFENSE. The Plaintiff has engaged in unclean hands.

## PRAYER

Therefore, Defendant respectfully requests relief as follows:

1. That the Court enters judgment in favor of Defendant that she has not infringed Plaintiff's copyright or otherwise injured Plaintiff.

2. That Plaintiff takes nothing as a result of its Complaint.

3. That the Court award Defendant attorneys' fees and costs incurred in defending this action pursuant to 17 U.S. Code §505.

4. That the Court grants Defendant such other and additional relief as is just and proper.

Dated: March 17, 2012      By /S/ -     Bertrand E. Christian
               Bertrand E. Christian
               Attorney for Defendant Cynthia Molnar