D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
CELESTIAL, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CELESTIAL, INC, | ) <br> ) **CASE NO.: C-11-8512 GHK (MRXx)** |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF PARTIAL VOLUNTARY** <br> ) **DISMISSAL WITH PREJUDICE** |
| GARY CATALANO, KENNY DAUGHERTY, CYNTHIA MOLNAR, MARTHA SEVERINO, SHALE SMITH, and DAVID SOPP, | ) <br> ) **FRCP 41(a)** <br> ) <br> ) |
| Defendants. | ) |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R.Civ. Pro. 41(a), Plaintiff voluntarily dismisses CYNTHIA MOLNAR and MARTHA SEVERINO from the above-captioned action *with* prejudice.

Respectfully Submitted,

Dated: *April 16, 2012*   */s/ D. Gill Sperlein*
D. Gill Sperlein
The Law Office of D. Gill Sperlein
Attorney for Plaintiff

1