1  D. GILL SPERLEIN (172887)
2  THE LAW OFFICE OF D. GILL SPERLEIN
3  345 Grove Street
   San Francisco, California 94102
4  Telephone: (415) 404-6615
   Facsimile: (415) 404-6616
5  gill@sperleinlaw.com

6
7  Attorney for Plaintiff
   CELESTIAL, INC.

8
9              **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
10                  **WESTERN DIVISION**

11                                    )
   CELESTIAL, INC,                    )
12                                    ) **CASE NO.: C-11-8512 GHK (MRXx)**
      Plaintiff,                      )
13                                    )
              vs.                     ) **NOTICE OF PARTIAL VOLUNTARY**
14                                    ) **DISMISSAL WITHOUT PREJUDICE**
   GARY CATALANO, KENNY               )
15 DAUGHERTY, CYNTHIA                 ) **FRCP 41(a)**
   MOLNAR, MARTHA SEVERINO,           )
16 SHALE SMITH, and DAVID SOPP,       )
17                                    )
                                      )
18    Defendants.                     )
19 _____

20     **NOTICE IS HEREBY GIVEN** that pursuant to Fed. R.Civ. Pro. 41(a),
21
22 Plaintiff voluntarily dismisses SHALE SMITH, and DAVID SOPP from the
23 above-captioned action *without* prejudice.
24
                           Respectfully Submitted,
25
26 Dated: *April 16, 2012*          */s/ D. Gill Sperlein*
                                    D. Gill Sperlein
27                                  The Law Office of D. Gill Sperlein
                                    Attorney for Plaintiff
28

                             1