D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
CELESTIAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CELESTIAL, INC, <br><br> Plaintiff, <br><br> vs. <br><br> GARY CATALANO, KENNY DAUGHERTY, CYNTHIA MOLNAR, MARTHA SEVERINO, SHALE SMITH, and DAVID SOPP, <br><br> Defendants. | **CASE NO.: C-11-8512 GHK (MRXx)** <br><br> **STIPULATED DISMISSAL OF CYNTHI A MOLNAR WITH PREJUDICE** <br><br> **FRCP 41(a)(ii)** |

**WHEREAS,** Celestial, Inc. and Cynthia Molnar have entered a confidential Settlement Agreement one of the terms of which is the dismissal of Celestial's claims against Molnar with prejudice, the parties do **HEREBY STIPULATE** that pursuant to Fed. R.Civ. Pro. 41(a)(ii), Plaintiff dismisses CYNTHIA MOLNAR

1

1  from the above-captioned action *with* prejudice.

4  **IT IS SO STIPULATED**

7  Dated: *April 19, 2012*          */s/ Bert Christian*
                                     Bert Christian
8                                    Attorney for Defendant Cynthia Molnar

11 Dated: *April 19, 2012*          */s/ D. Gill Sperlein*
                                     D. Gill Sperlein
12                                   The Law Office of D. Gill Sperlein
                                     Attorney for Plaintiff, Celestial, Inc.